# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CR-20035 |
| ) | |
| HOWARD KEITH WILSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On July 24, 2025, a Report and Recommendation (#27) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Howard Keith Wilson's plea of guilty as to counts 1 through 18 of the Indictment (#1) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for December 1, 2025, at 1:30 pm before this court.

ENTERED this 11th day of August, 2025.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE